THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California 94111-4006
Tel:   (415) 315- 6300
Fax:   (415) 315-6350

HARVEY J. WOLKOFF
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel:   (617) 951-7606
Fax:   (617) 235-0215

Attorneys for Defendant
SONY NETWORK ENTERTAINMENT AMERICA INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER HINKLE, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY NETWORK ENTERTAINMENT AMERICA INC., DOES 1-25,<br><br>Defendants. | CASE NO. CV-11-3356-EDL<br><br>[PROPOSED] ORDER<br><br>[FILED CONCURRENTLY HEREWITH:<br><br>DEFENDANT'S ADMINISTRATIVE MOTION FOR ORDER EXTENDING TIME FOR DEFENDANT TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT<br><br>DECLARATION OF ROCKY C. TSAI] |

1

2   Having duly considered the papers before it, the Court **HEREBY GRANTS** defendant
3   Sony Network Entertainment America Inc.'s administrative motion for an extension of time to
4   move, answer, or otherwise respond to the complaint in the above-entitled action ("Complaint"),
5   as follows:

6   The deadline for the defendant to respond to the Complaint is extended until and including
7   30 days after a consolidated complaint is filed in a multidistrict litigation centralizing the above-
8   captioned action with other matters, or if centralization is denied by the Judicial Panel on
9   Multidistrict Litigation, then 30 days from the date of such order denying centralization.

**IT IS SO ORDERED.**

Dated: 7/13/11

_____
The Hon. Elizabeth D. Laporte
U.S. District Court Magistrate Judge

- 1 -

[PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO RESPOND TO COMPLAINT
CASE NO. CV-11-3356-EDL