

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SONY GAMING NETWORKS AND CUSTOMER
DATA SECURITY BREACH LITIGATION
    Hinkle v. Sony Network Entertainment America Inc.    )
        N.D. California, C.A. No. 3:11-03356    )    MDL No. 2258

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Hinkle*) on August 10, 2011. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Hinkle* filed a notice of opposition to the proposed transfer. Plaintiff has now advised the Panel that he withdraws his opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on August 10, 2011, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Anthony J. Battaglia.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



I hereby attest and certify on Aug 24, 2011 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ K. Johnson
    Deputy